# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAYESH GODAMBE** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-12897 |
| | ) | |
| | ) | |
| **WOMEN'S HEALTHFIRST, PLLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Dana Paschall, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Women's HealthFirst, PLLC in Cook County, IL on October 30, 2025 at 5:18 pm at 231 E Northwest Highway, Palatine, IL 60067-8114 by leaving the following documents with Erwin Szela, Jr. who as Registered Agent is authorized by appointment or by law to receive service of process for Women's HealthFirst, PLLC.

Summons in a Civil Action
Civil Cover Sheet
Class Action Complaint
Attorney Appearance Form
Revised Standing Order Regarding Briefs, Motion Practice, Disclosures, and Protective Orders

White Male, est. age 55-64, glasses: Y, White hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.1186665,-88.0374683
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Dana Paschall*

Executed in

Cook County                                         ,

        IL        on        10/31/2025        .

Signature
Dana Paschall
+1 (224) 703-3149
Proof Illinois LLC
No. 117.001863



Exhibit 1a)