IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYESH GODAMBE, individually or on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WOMEN'S HEALTHFIRST, PLLC,<br><br>        Defendant. | Case No. 1:25-cv-12897<br><br>Judge Robert Gettleman |

**DEFENDANT WOMEN'S HEALTHFIRST, PLLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant WOMEN'S HEALTHFIRST, PLLC, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves this Honorable Court for entry of an order granting it an extension of time to answer or otherwise plead until January 9, 2026. In support of its motion, Women's Healthfirst states as follows:

1. This lawsuit arises under the Telephone Consumer Protection Act, seeking redress for two alleged voicemails the plaintiff received. (Dkt. No. 1.)

2. The plaintiff filed this action on October 22, 2025.

3. Women's Healthfirst recently retained the undersigned counsel to represent it in this action. Appearances for Women's Healthfirst were filed on December 2, 2025.

4. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Women's Healthfirst respectfully requests an extension to January 9, 2026, to file its responsive pleading. This extension is sought in good faith so that counsel can conduct the necessary review and investigation of this matter for purposes of its responsive pleadings.

5. This is Women's Healthfirst's first request for an extension of time, and this request is not brought with the intent to delay these proceedings.

6. No prejudice will come to any party by this requested extension, as the parties have yet to have an initial scheduling conference or initiate written discovery, and a trial date has not been set.

7. On December 9, 2025, counsel for Women's Healthfirst conferred with counsel for the plaintiff, who indicated he did not object to this motion.

WHEREFORE, defendant Women's Healthfirst, PLLC, respectfully requests this Honorable Court enter an order granting it an extension of time to answer the complaint or otherwise plead until January 9, 2026.

                                                  Respectfully submitted,
                                                  SWANSON, MARTIN & BELL, LLP

By: _Daniel J. Cozzi_____
     Daniel J. Cozzi

Aiju C. Thevatheril (ARDC# 6269294)
Daniel J. Cozzi (ARDC# 6303107)
SWANSON MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

2

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

      I hereby certify that December 9, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Daniel J. Cozzi

Daniel J. Cozzi
SWANSON MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
dcozzi@smbtrials.com
ARDC #6303107