**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jayesh Godambe
                                Plaintiff,

v.                                            Case No.: 1:25−cv−12897
                                                          Honorable Robert W. Gettleman

Women's HealthFirst, PLLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 11, 2025:

       MINUTE entry before the Honorable Robert W. Gettleman: Defendant Women's Healthfirst, PLLC's Unopposed Motion For Extension Of Time to 1/9/2026 to File its Responsive Pleading [12] is granted. The parties are directed to file a Joint Status Report on this court's form on or before 1/19/2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.