**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jayesh Godambe v. Women's Healthfirst, PLLC

Case Number: 1:25-cv-12897

An appearance is hereby filed by the undersigned as attorney for:

Women's Healthfirst, PLLC

Attorney name (type or print): Benjamin D. Lothson

Firm: Swanson, Martin & Bell, LLP

Street address: 330 N. Wabash Ave., Ste 3300

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6330050
(See item 3 in instructions)

Telephone Number: 312-321-9100

Email Address: blothson@smbtrials.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2026

Attorney signature: S/ Benjamin D.Lothson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023