IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-12897 |
| v. | ) ) | Judge Hon. Robert W. Gettleman |
| WOMEN'S HEALTHFIRST, PLLC | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS AND
STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

Defendant Women's Health First, PLLC ("Women's Health" or "Defendant") hereby moves this Court to dismiss certain claims and strike the class allegations of Plaintiff's putative class action complaint (Dkt. 1) filed by Jayesh Godambe (Plaintiff), pursuant Rule 12(b)(1), Rule 12(b)(6), and Rule 23 of the Federal Rules of Civil Procedure. In support of its Motion, Defendant respectfully states as follows:

1. This putative class action case involves alleged violations of the "artificial or prerecorded voice" provision of the Telephone Consumer Protection Act (*i.e.*, 47 U.S.C. § 227(b), *et seq.*, the "TCPA") by Women's Health and/or third parties. Plaintiff's Complaint, filed on October 22, 2025, alleges he received on his cell phone two, discrete, automated voicemails directed specifically to an unknown individual named "Angelica" and related to a medical appointment on August 29, 2023. Plaintiff's Complaint seeks injunctive relief and treble damages based on alleged willful or knowing violations of the TCPA, and seeks to represent the proposed class on the same grounds. However, the proposed class includes all persons who were not customers of Defendant and received any automated call from Defendant in the past four years,

1

regardless of whether a proposed member received a similar call or consented to the call.

2. First, Plaintiff fails to plead facts demonstrating that there is a real or imminent threat of future injury to him by Women's Healthfirst, as required to demonstrate standing for injunctive relief in any federal case under Article III of the United States Constitution. Therefore, Plaintiff's request for injunctive relief should be dismissed under Rule 12(b)(1).

3. Second, Plaintiff's claim for treble damages under the TCPA requires him to plead a willful or knowing violation of the statute. Plaintiff's Complaint, however, fails to plead any facts to support Women's Health made the two isolated alleged calls in willful or knowing violation of the TCPA. As a result, Plaintiff's claim for treble damages fails to meet the pleading standards set forth *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal,* 556 U.S. 662 (2009), and should therefore be dismissed pursuant to Rule 12(b)(6).

4. Finally, Plaintiff's class-wide claims for injunctive relief must be stricken because he does not have standing to pursue injunctive relief individually. *See Bohn v. Boiron, Inc.*, No. 11 C 08704, 2013 WL 3975126 (N.D. Ill. Aug. 1, 2013). Further, Plaintiff's class allegations should be stricken because he cannot meet the requirements of Rule 23 because his TCPA violation claims, based on two distinct alleged voicemails, are not typical of the proposed class members' claims, and individual issues predominate over class-wide issues.

5. Defendant's Motion is supported by a memorandum of law, which is being filed contemporaneously herewith and is incorporated herein by reference. (*See* Dkt. 17.)

WHEREFORE, for the reasons stated above and in the accompanying memorandum of law in support, Defendant respectfully requests that this Court enter an order dismissing with prejudice Plaintiff's claims for injunctive relief and treble damages under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), and striking Plaintiff's class allegations under Fed. R. Civ. P. 23 with prejudice,

and granting all other relief the Court deems just and proper.

Dated: January 9, 2026							Respectfully submitted,

/s/ *Daniel J. Cozzi*
Aiju C. Thevatheril
Daniel J. Cozzi
Benjamin D. Lothson
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Tel. (312) 321-9100
Fax. (312) 321-0990
athevatheril@smbtrials.com
dcozzi@smbtrials.com
blothson@smbtrials.com

*Counsel for Defendant*
*Women's Healthfirst, PLLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2026, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

/s/ *Daniel J. Cozzi*