**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jayesh Godambe
                    Plaintiff,

v.                                        Case No.: 1:25−cv−12897
                                        Honorable Robert W. Gettleman

Women's HealthFirst, PLLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, January 11, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on defendant's motion to dismiss [16]: plaintiff's response due 2/6/2026; defendant's reply due 2/20/2026. Telephonic hearing set for 1/22/2026 is stricken. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.