IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-12897 |
| v. | ) ) | Judge Hon. Robert W. Gettleman |
| WOMEN'S HEALTHFIRST, PLLC | ) ) | |
| Defendant. | ) | |

**WOMEN'S HEALTHFIRST, PLLC'S NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure and Local Rule 3.2, Defendant WOMEN'S HEALTHFIRST, PLLC, makes the following disclosure:

1. WOMEN'S HEALTHFIRST, PLLC is an Illinois professional limited liability company.

2. Based on reasonable inquiry, WOMEN'S HEALTHFIRST, PLLC has the following affiliate within the meaning of L.R. 3.2: Dr. Erwin Szela.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Daniel J. Cozzi*
Aiju C. Thevatheril
Daniel J. Cozzi
Benjamin D. Lothson
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Tel. (312) 321-9100
Fax. (312) 321-0990

athevatheril@smbtrials.com
dcozzi@smbtrials.com
blothson@smbtrials.com

*Counsel for Defendant*
*Women's Healthfirst, PLLC*
