**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jayesh Godambe
Plaintiff,
v.
Women's HealthFirst, PLLC
Defendant.

Case No.: 1:25−cv−12897
Honorable Robert W. Gettleman

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Karyn L. Bass Ehler for the purpose of holding proceedings related to: discovery supervision (including the authority to adjust all deadlines) and settlement. (cn) Emailed notice.

Dated: August 17, 2026

/s/ Robert W. Gettleman
United States District Judge