**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jayesh Godambe
Plaintiff,
v.
Women's HealthFirst, PLLC
Defendant.

Case No.: 1:25−cv−12897
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. This case has been referred to Magistrate Judge Bass Ehler for discovery supervision and settlement. The Court has reviewed the parties' Joint Status Report [24]. The Court adopts the parties' proposed discovery plan as follows: (1) Rule 26(a)(1) disclosures are due by 8/31/26; (2) fact discovery to be completed by 3/31/27; (3) Plaintiffs' expert reports to be served by 4/30/27; (4) Defendant's expert reports to be served by 5/31/27; (5) Plaintiffs' rebuttal expert reports to be served by 6/30/27; (6) expert discovery to be completed by 7/30/27. The Court also orders the parties to serve their initial written discovery no later than 9/21/26. The parties report that they have not yet engaged in settlement discussions but believe a settlement conference or private mediation may be productive after the parties receive sufficient discovery. The parties shall file a joint status report by 9/24/26 that includes the following information: (1) confirmation that Rule 26(a)(1) disclosures have been made and written discovery has been served; (2) an update on whether any settlement discussions have occurred and, if so, the status of those discussions as well as an update on the parties' interest in a settlement conference; and (3) anything else about the status of the case or anticipated discovery that the parties believe the Court should know. If the parties differ in their responses to any of these questions, then the status report should so state. In−person status hearing is set for 9/29/26 at 10:00 a.m. in Courtroom 1386. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.