**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JAYESH GODAMBE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**WOMEN'S HEALTHFIRST, PLLC**<br><br>**Defendant.** | **Case No. 1:25-cv-12897** |

## MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

NOW COMES Defendant, Women's Healthfirst, PLLC (WHF) by and through its attorneys, and moves for entry of the attached Agreed Confidentiality Order, and states as follows in support:

1. Plaintiff filed his Class Action Complaint on October 10, 2025, alleging WHF violated sections of Telephone Consumer Protection Act, 47 U.S.C. § 227.

2. The parties are currently working through written discovery.

3. In order to facilitate production of documents and materials pertaining to WHF's business, which are confidential and proprietary, WHF proposed an Agreed Confidentiality Order, which is based on the Model Confidentiality Order of this District. Counsel for WHF is submitting the proposed order in redline and clean Word format to the Court via email to Proposed_Order_BassEhler@ilnd.uscourts.gov.

4. The parties conferred via email on September 15, 2026 and have agreed to entry of the proposed Agreed Confidentiality Order.

WHEREFORE, Defendant Women's Healthfirst, PLLC respectfully requests the Court enter the proposed Agreed Confidentiality Order.

Dated: September 15, 2026

Respectfully Submitted,

*/s/ Benjamin D. Lothson*

Benjamin D. Lothson
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Tel: 312.923.8274
Fax: 312.321.0990
blothson@smbtrials.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, a copy of the foregoing document was electronically filed and served on all counsel of record through the Court's the CM/ECF system.

/s/ *Benjamin D. Lothson*

Benjamin D. Lothson
O*ne of the Attorneys for Women's Healthfirst, PLLC*