**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOMEN'S HEALTHFIRST, PLLC<br><br>Defendant. | Case No. 1:25-cv-12897<br><br>Honorable Judge Robert W. Gettleman<br><br>Honorable Magistrate Judge Karyn L. Bass Ehler |

**JOINT STATUS REPORT**

PURSUANT TO this Court's August 19, 2026 Order (ECF No. 28), plaintiff Jayesh Godambe and defendant Women's HealthFirst, PLLC ("Defendant") submit this joint status report.

**1. Initial Disclosures and Written Discovery**

The parties confirm that they have exchanged their initial disclosures pursuant to Rule 26(a)(1). The parties further confirm that written discovery has been served. Specifically, Plaintiff served his first set of discovery on July 29, 2026, and Defendant served responses on September 17, 2026. The parties are meeting and conferring about Defendant's responses. Defendant served discovery on September 18, 2026.

**2. Status of Settlement Discussions and Settlement Conference**

The parties have not engaged in settlement discussions as the Plaintiff requires information regarding putative class size to make a demand. The parties are not interested in a settlement conference at this time.

**3. Additional Case Status**

The parties have no other matters concerning the current status of the case or anticipated discovery that they believe require the Court's attention at this time.

RESPECTFULLY SUBMITTED this 24th day of September, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss
**STRAUSS BORRELLI, PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
sam@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Benjamin D. Lothson*
Benjamin D. Lothson
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
blothson@smbtrials.com

*Counsel for Defendant*
*Women's HealthFirst PLLC*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on September 24, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 24th day of September, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*

Samuel J. Strauss
**STRAUSS BORRELLI, PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
sam@straussborrelli.com