**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jayesh Godambe

Plaintiff,

v.

Case No.: 1:25−cv−12897
Honorable Robert W. Gettleman

Women's HealthFirst, PLLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. The Court has reviewed the joint status report [32]. The parties confirmed that they have exchanged their initial disclosures pursuant to Rule 26(a)(1) and that written discovery has been issued. Specifically, Plaintiff served his first set of discovery on 7/29/26, and Defendant served discovery on 9/18/26. Defendant responded to Plaintiff's discovery on 9/17/26, and the parties report that they are meeting and conferring about Defendant's responses. The parties also report that they have not engaged in settlement discussions because Plaintiff requires information regarding putative class size to make a demand, and they are not interested in a settlement conference at this time. The status hearing set for 9/29/26 is stricken. The parties shall file a joint status report by 11/3/26 that includes the following information: (1) the status of written discovery including production of documents; (2) identification of any fact witnesses that either side intends to depose before the close of fact discovery based on then available information with any proposed or confirmed dates for any depositions to which the parties and the witnesses have agreed; and (3) an update on any settlement discussions and if settlement is not now realistic, what must occur before the parties realistically can evaluate the possibility of settlement. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.