**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jayesh Godambe
Plaintiff,
v.
Women's HealthFirst, PLLC
Defendant.

Case No.: 1:25−cv−12897
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. The Court has reviewed the joint status report [34]. The parties report that Defendant provided its supplemental responses to Plaintiff's discovery on 10/8/26 and that Plaintiff served his discovery responses and produced documents to Defendant on 10/19/26. The parties also have identified two witnesses they intend to depose before the close of fact discovery on 3/31/27 and they report that they need additional information from third parties before they can engage in settlement discussions. The parties shall file an updated joint status report by 1/6/27 that addresses the following information: (1) confirmation that the parties' written discovery and production of documents is substantially complete and, if not, they shall propose a date certain for substantial completion; (2) the status of the third party discovery the parties reported that they need to evaluate settlement; (3) proposed or confirmed dates for the depositions each side intends to take before the close of fact discovery; and (4) whether the parties have enough information to realistically engage in settlement discussions and if the parties are interested in scheduling a settlement conference with the Court. An in−person status hearing is set for 1/12/27 at 10:00 a.m. in Courtroom 1386. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.